# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

### 7 South Morton Avenue
### Morton, Pennsylvania 19070
### Ph: 610.690.0801
### Fax: 610.690.0880

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg\*^*
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
#Licensed in NJ
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
**E-Mail**: MWEISBERG@WEISBERGLAWOFFICES.COM
ADIJIACOMO@WEISBERGLAWOFFICES.COM

July 1, 2024

Hon. Joel H. Slomsky, U.S.D.J.
13614 US Courthouse
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> **Re:** ***Watkins, et al. v. Parker, et al.***
> **United States District Court for the Eastern District of Pennsylvania**
> **No. 23-02811**

Dear Your Honor:

Undersigned Counsel represents Plaintiffs, Gary Watkins and Surpass Investing LLC in the above-referenced matter, which was initiated on or about July 26, 2023. ECF Doc. 1.

Plaintiffs filed a Suggestion of Bankruptcy pertaining to Defendant, Diamante Enterprises, LLC on or about September 11, 2023. ECF Doc. 3. This Honorable Court entered an Order on October 3, 2023, which stayed this matter as to all Defendants and ordered the Parties to provide a "the status of the bankruptcy matter" every ninety days thereafter. ECF Doc. 6. Undersigned Counsel writes to provide this third status update.

Defendant, Diamante Enterprises, LLC's bankruptcy remains pending in the U.S. Bankruptcy Court for the Southern District of Florida (No. 23-14383). The Chapter 11 bankruptcy was converted to Chapter 7 on or about April 16, 2024.

Should this Honorable Court require any additional information, Plaintiffs and Undersigned Counsel will provide.

Sincerely,

*/s/ L. Anthony DiJiacomo, III*

L. Anthony DiJiacomo, III
*Counsel for Plaintiffs*

cc:   Natalie Klyashtorny, Esq. (Via ECF)
      Matthew B. Weisberg, Esq. (Via ECF)
      Gary Schafkopf, Esq. (Via ECF)